UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ZELLNER D. BROWN, III          )
                               )
              Plaintiff,       )
                               )
vs.                            )     1:11-cv-098-LJM-TAB
                               )
METAL WORKING LUBRICANT,       )
                               )
              Defendant.       )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted**. Judgment is entered for the defendant and against the plaintiff and the plaintiff shall take nothing by his complaint.

Date: _11/13/2012_____

**Laura Briggs, Clerk**
**United States District Court**

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

_____
**By: Deputy Clerk**

Distribution:

All electronically registered counsel

**Zellner D. Brown III**
**1847 Venona Place**
**Indianapolis, IN 46232**